```
 1 │ QUIN DENVIR, Bar #49374
   │ Federal Defender
 2 │ CARO MARKS, Bar #159267
   │ Assistant Federal Defender
 3 │ 801 I Street, 3rd Floor
   │ Sacramento, California 95814
 4 │ Telephone: (916) 498-5700
 5 │ Attorney for Defendant
   │ DONALD WAYNE ROBBINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-0200-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| DONALD WAYNE ROBBINS, ) | |
| ) | Date: August 9, 2005 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Morrison C. England |
| _____ ) | |

   DONALD WAYNE ROBBINS, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Trial Confirming Hearing date of July 26, 2005 and the Jury Trial date of August 10, 2005 and set the matter for status conference on August 9, 2005 at 8:30 a.m.

   This continuance is needed to allow undersigned counsel time to receive the records she had ordered in this case as well as complete further investigation.

///

///

1    IT IS FURTHER STIPULATED that the period from July 26, 2005
2 through August 9, 2005 be excluded in computing the time within which
3 trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity and
5 preparation of counsel.
6 Dated: July 29, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DONALD WAYNE ROBBINS

Dated:  July 29, 2005

                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: July 27, 2005

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE